UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNDSAY FLORENCE
JOHNSTON,
    Plaintiff,

v.                               C.A. No. 10-296 S

HARLEYSVILLE INSURANCE
COMPANY,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 31, 2010 (document #5), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Defendant Harleysville Insurance Company's Motion to Dismiss (document #4) is hereby GRANTED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/21/10